**GOLDBERG SEGALLA** LLP
*Attorneys at Law*

665 Main Street / Suite 400, Buffalo, New York 14203  716.566.5400  FAX 716.566.5401  www.goldbergsegalla.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HOWARD SPIELMAN,

                    Plaintiff,            CV 05-4003 (JG)(ETB)

vs.

P & G CLAIROL, INC.

                    Defendants.

*FILED*
*IN CLERK'S OFFICE*
*U.S. DISTRICT COURT, E.D.N.Y.*
*★ NOV 08 2005 ★*
*BROOKLYN OFFICE*

---

## ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney Cheryl A. Possenti is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 11-8-05

                                                      s/John Gleeson
                                                      United States District Judge